UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON M. BANKS,<br><br>        Plaintiff,<br><br>  -against-<br><br>NEW YORK FINANCIAL INFORMATION SERVICES AGENCY, et al.,<br><br>        Defendants. | 1:21-CV-3198 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 26, 2021, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit a completed amended *in forma pauperis* application or pay the $402 in relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: July 26, 2021
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge